FILED
May 18, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:12-mj-00125-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| MARLA ORTEGA, ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Marla Ortega</u>; Case <u>2:12-mj-00125-GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

__    Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $100,000.00; co-signed by Debbie Bowers and Kevin Bowers

__    Appearance Bond with 10% Deposit

__    Appearance Bond secured by Real Property

__    Corporate Surety Bail Bond

_X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/18/2012</u> at <u>1:45 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge