Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:12-cr-00198-MCE |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE_TRIAL RELEASE |
| vs. | Court:  Hon. Morrison C. England |
| Marla Ortega, | |
| Defendant | |

The parties request that the Court order the following modification to Ms. Ortega's pre-trial release conditions: You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pre-trial services officer.  You shall pay all or part of the costs of the counseling services based on your ability to pay, as determined by the pre-trial services officer. Pre-trial services is aware of, and in agreement with, this request.

Dated: October 29, 2012          Respectfully submitted,


                                 __/s/ Shari Rusk___
                                 Shari Rusk
                                 Attorney for Defendant
                                 Marla Ortega

-1-

1
2         /s/ Michael Anderson
          Michael Anderson
3         Assistant United States Attorney

4
5                          **ORDER**

6
7     IT IS SO ORDERED.  The Court hereby orders Marla Ortega to
8  participate in counseling, as requested by pre-trial services.

9
10  Dated:  November 27, 2012

11                          _____
                            MORRISON C. ENGLAND, JR
12                          UNITED STATES DISTRICT JUDGE

-2-