Russell S. Humphrey  (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
TELEPHONE (209)625-8976
FACSIMILE (209)625-8673
E-MAIL: russell@humphreylawgroup.net
Attorney for Defendant
Derek Winters

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

      vs.

STEVEN ORTEGA, et al.

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

**2:12-cr-00198-MCE**

**AMENDED STIPULATION FOR
CONTINUANCE OF STATUS
CONFERENCE FOR DEFENDANTS
MARLA ORTEGA AND DEREK
WINTERS TO MAY 5, 2016; ORDER**

---

     Plaintiff, the United States of America, by and through its counsel of record, and

Defendants Marla Ortega and Derek Winters, by and through their counsel of record, hereby

stipulate as follows:

1. By previous order, this matter was set for status conference/trial confirmation on March 10,

    2016.

2. By this stipulation, Defendants Marla Ortega and Derek Winters now requests a continuance

    of the status conference/trial confirmation until May 5, 2016, and to exclude time between

March 10, 2016 and May 5, 2016, under Local Code T4.  Plaintiff does not oppose Defendants' request.

3.  The parties stipulate the matter will be continued to May 5, 2016 for Further Status Conference/Change of Plea Hearing.

4.  The parties further request the currently set date for status conference/trial confirmation of March 10, 2016 be vacated.

5.  The parties further request the currently set date for jury trial of April 11, 2016 also be vacated.

6.  The parties agree and stipulate, and requests, that the Court find the following:

    a.  The facts and circumstances that give rise to this case are very complex.  The discovery in this matter encompasses thousands of pages of written discovery with hundreds of hours of audio and video.

    b.  The government provided counsel for Defendants Marla Ortega and Derek Winters plea agreements for consideration and execution.

    c.  Counsel for Marla Ortega and Derek Winters have met and conferred with their clients to consider the content of the agreements, the facts and circumstances underlying the allegations against them, any and all possible defenses thereto, each Defendant's constitutional rights and the possibility of the case proceeding to jury trial.

    d.  As of the date of this stipulation Defendants Marla Ortega and Derek Winters require additional time to meet and confer with counsel before each may execute the plea agreement.   Defendants Marla Ortega and Derek Winters make this request because of the complexity of the case and the sheer volume of discovery and the necessity to fully understand and consider said discovery prior to executing the plea agreement.

    e.  Defendant Marla Ortega is Defendant Derek Winter's mother.

f.   The government does not object to the request for continuance.

g.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 10, 2016 and May 5, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendants Marla Ortega and Derek Winter's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants Marla Ortega and Derek Winters in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 7, 2016                BENJAMIN WAGNER
                                    U.S. ATTORNEY

                        by:    */s/ Roger Yang*_____
                               ROGER YANG
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

Dated: March 7, 2016    by:    */s/ Russell S. Humphrey*
                               RUSSELL S. HUMPHREY
                               Attorney for Derek Winters

Dated:  March 7, 2016   by:    */s/ Shari Rusk*_____
                               SHARI RUSK
                               Attorney for Marla Ortega

**O R D E R**

        IT IS SO ORDERED.

Dated:  March 10, 2016

                        _____
                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                        UNITED STATES DISTRICT COURT