Russell S. Humphrey  (SBN 208744)
343 E. Main Street, Suite 714
Stockton, Ca. 94202
TELEPHONE (209)625-8976
FACSIMILE (209)625-8673
E-MAIL: russell@humphreylawgroup.net
Attorney for Defendant
Derek Winters

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>STEVEN ORTEGA, et al.<br><br>        Defendants. | **2:12-cr-00198-MCE**<br><br>**STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE FOR DEFENDANTS MARLA ORTEGA AND DEREK WINTERS TO JUNE 23, 2016; ORDER** |

Plaintiff, the United States of America, by and through its counsel of record, and Defendants Marla Ortega and Derek Winters, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference/trial confirmation on May 5, 2016.

2. By this stipulation, Defendants Marla Ortega and Derek Winters now requests a continuance of the Status Conference/Change of Plea Hearing until June 23, 2016, and to exclude time between May 4, 2016 and June 23, 2016, under Local Code T4.  Plaintiff does not oppose Defendants' request.

2:12-cr-198-MCE
Stipulation and Order              - 1 -

3. The parties stipulate the matter will be continued to June 23, 2016 for Further Status Conference/Change of Plea Hearing.

4. The parties further request the currently set date for Status Conference of May 5, 2016 be vacated.

5. The parties agree and stipulate, and requests, that the Court find the following:

   a. The facts and circumstances that give rise to this case are very complex. The discovery in this matter encompasses thousands of pages of written discovery with hundreds of hours of audio and video.

   b. The government provided counsel for Defendants Marla Ortega and Derek Winters plea agreements for consideration and execution.

   c. Counsel for Marla Ortega and Derek Winters have met and conferred with their clients to consider the content of the agreements, the facts and circumstances underlying the allegations against them, any and all possible defenses thereto, each Defendant's constitutional rights and the possibility of the case proceeding to jury trial.

   d. As of the date of this stipulation Defendants Marla Ortega and Derek Winters require additional time to meet and confer with counsel before each may execute the plea agreement. Defendants Marla Ortega and Derek Winters make this request because of the complexity of the case and the sheer volume of discovery and the necessity to fully understand and consider said discovery prior to executing the plea agreement.

   e. Defendant Marla Ortega is Defendant Derek Winter's mother.

   f. The government does not object to the request for continuance.

   g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 5 10, 2016 and June 23, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

2:12-cr-198-MCE
Stipulation and Order                    - 2 -

B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendants Marla Ortega and Derek Winter's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants Marla Ortega and Derek Winters in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 3, 2016           BENJAMIN WAGNER
                             U.S. ATTORNEY

                      by:    /s/ Roger Yang
                             ROGER YANG
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

Dated: May 3, 2016    by:    /s/ Russell S. Humphrey
                             RUSSELL S. HUMPHREY
                             Attorney for Derek Winters

Dated:  May 3, 2016   by:    /s/ Shari Rusk
                             SHARI RUSK
                             Attorney for Marla Ortega

**O R D E R**

IT IS SO ORDERED.

Dated:  May 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE