PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARLA ORTEGA,<br><br>　　　　　　　Defendant. | CASE NO. 2:12-CR-198 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 15, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　1.　　This matter was set for sentencing on September 15, 2016.

　　　2.　　By this stipulation, defendant now moves to continue the sentencing date until December 8, 2016. Due to scheduling delays, MARLA ORTEGA was not able to schedule her interview with the U.S. Probation Officer until September 13, 2016.

///

///

///

///

///

///

STIPULATION TO CONTINUE SENTENCING HEARING　　　1

3. Therefore, there is good cause to continue the sentencing of MARLA ORTEGA to December 8, 2016 to provide sufficient time for the probation officer to write a pre-sentence investigation report, for the parties to file informal and formal objections, and for the filing of sentencing memoranda.

IT IS SO STIPULATED.

Dated: September 13, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: September 13, 2016

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
MARLA ORTEGA

## ORDER

IT IS SO ORDERED.

Dated: September 15, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE